PS8
(8/88)

# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs Abel Adeyl Daramola            Docket No. 1:20CR02124-005MV

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Beatrice Manzanares PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of Abel Adeyl Daramola, who was placed under pretrial release supervision by the Honorable Steven C. Yarbrough, United States Magistrate Judge, sitting in the Court at Albuquerque, New Mexico, on October 25, 2024, with conditions which included the following:

(6): The defendant is placed in the custody of the La Pasada Halfway House who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

7(j): The defendant must maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

**Respectfully presenting petition for action of court and for cause as follows:**

On July 7, 2025, this officer received a termination report for the defendant from the La Pasada Halfway House. Due to multiple infractions of violating the policies, rules, and regulations of the La Pasada Halfway House, they are no longer willing to serve as a third-party custodian.

Respectfully recommending the Court order a warrant for the defendant's arrest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **July 7, 2025**

*Beatrice Manzanares*
Beatrice E. Manzanares
United States Probation Officer
Cell #: 505-252-4502
Place: Albuquerque, New Mexico